No. 93–6527. LOVEMAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–6560. VASQUEZ-OLVERA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6562. BLACKSHEAR *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–6649. KENNEDY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6698. SHAH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6752. ZARAGOZA *v.* ZARAGOZA. Ct. App. S. C. Certiorari denied.

No. 93–6755. DOBLES *v.* SAN DIEGO DEPARTMENT OF SOCIAL SERVICES. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 93–6764. GROSE *v.* BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 93–6768. TAYLOR *v.* REGENTS OF THE UNIVERSITY OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 93–6779. LAITY *v.* DEPARTMENT OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 93–6786. KENNEDY *v.* LITTLE ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–6789. WILSON *v.* O'MALLEY ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–6792. GARCED *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 93–6793. MURTHA *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.